UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREAT NOTIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JANET EBERT, )<br>)<br>Defendant. ) | Case No. 4:06CV959 RWS |

## MEMORANDUM AND ORDER

Yesterday I entered a Memorandum and Order consolidating Great Notions, Inc. v. Victoria Weaver, Cause Number 4:06CV960 CEJ, and Embroidery Software Protection Coalition and their unnamed representatives v. Janet Ebert and Victoria Weaver, Cause Number 4:06CV991 CAS, with this case. Those two cases, which are now closed, had pending motions at the time of consolidation. The motions to quash subpoenas issued to third parties, which are pending in both cases, will be granted for the same reasons that I granted the motion to quash subpoenas in this case on August 18, 2006.

I will also grant Great Notions's motion for leave to file an amended complaint against Victoria Weaver in Cause Number 4:06CV960, and the motion to dismiss the original complaint is denied as moot. The pending motion to dismiss the amended complaint filed in Cause Number 4:06CV991 remains pending.

Accordingly,

**IT IS HEREBY ORDERED** that the amended motion to quash [#16] in Cause Number 4:06CV991 is granted.

**IT IS FURTHER ORDERED** that motion to quash [#15] in Cause Number 4:06CV960 is granted.

**IT IS FURTHER ORDERED** that the motion for leave to file an amended complaint [#19] in Cause Number 4:06CV960 is granted.

**IT IS FURTHER ORDERED** that the motion to dismiss [#8] in Cause Number 4:06CV960 is denied as moot.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 20th day of September, 2006.